*Mary Scopas*
*207th Judicial District Court Reporter*
*Serving Comal, Hays and Caldwell Counties*
*(512) 757-0387*
*Scopam@co.comal.tx.us*


June 2, 2015


Third Court of Appeals


Re:  Court of Appeals Cause No. 03-15-00233-CR,
     Isreal Reyes, Sr. v. The State of Texas,
     Trial Court Cause No. CR2012-428


To Whom it May Concern:

     I am respectfully requesting a 30-day extension to complete the appellate record in the above-referenced appellate cause.  I had it in my calendar that it was due on June 20th and not May 20th.  I will have it completed within the 30 days.


     Thank you in advance for your courtesies.


                    Regards,


                    Mary Scopas, CSR 5313
                    Expiration:  12-31-16